In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00246-CR
_____

JONATHAN DIAZ-ORIZABA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause No. 17-321463

MEMORANDUM OPINION

Jonathan Diaz-Orizaba has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 9, 2018
Opinion Delivered January 10, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.